**IN THE UNITED STATES BANKRUPTCY
COURT FOR SOUTHERN DISTRICT OF OHIO
AT COLUMBUS**

| | |
|---|---|
| IN RE: | CASE NO. **14-57964** |
| **James Leonard Immke**<br>Debtor | CHAPTER 7 |
| | JUDGE JOHN E. HOFFMAN JR. |
| | **NOTICE OF APPEARANCE OF<br>COUNSEL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Richard P. Schroeter Jr., Thomas R. Houlihan and the law firm of Amer Cunningham Co., L.P.A. hereby enter their appearance on behalf of the **State of Ohio Department of Taxation** Pursuant to Fed. R. Bankr. P. 2002(g), counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

Richard P. Schroeter Jr.
Thomas R. Houlihan
*Amer Cunningham Co., L.P.A*. 159
South Main Street, Suite 1100
Akron, OH  44308-1322
(330) 762-2411
Fax (330) 762-9918
rschroeter@amer-collect.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio. The undersigned requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

/s/ *Richard Schroeter*_____
Richard P Schroeter Jr. (#0089026)
rschroeter@amer-collect.com
/s/ *Thomas R. Houlihan*_____
Thomas R. Houlihan (#0070067)
Houlihan@amer-law.com
***AMER CUNNINGHAM CO., L.P.A.***
159 South Main Street, Suite 1100
Akron, OH  44308-1322
(330)762-2411
Fax (330) 762-9918
***Special Counsel to the State of Ohio Attorney General***

## *CERTIFICATE OF SERVICE*

I certify that on January 20, 2015 a true and correct copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

**Asst US Trustee (Col)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215
614-469-7411
ustpregion09.cb.ecf@usdoj.gov
*Added: 11/13/2014*
*(U.S. Trustee)*

| | | |
|---|---|---|
| **James Leonard Immke** | | **Susan L Rhiel** |
| 238 Boulevard Avenue | | 394 E. Town Street |
| Coronado Panama, OH 43215 | | Columbus, OH 43215 |
| SSN / ITIN: xxx-xx-3674 | represented by | (614) 221-4670 |
| *Added: 11/13/2014* | | 614-227-0326 (fax) |
| *(Debtor)* | | pleadings@susanattorneys.com |
| | | *Assigned: 11/13/14* |

**David M Whittaker**
100 South Third Street
Columbus, OH 43215
614-227-2355
dwhittaker@bricker.com
*Added: 11/13/2014*
*(Trustee)*

/s/ Richard Schroeter
/s/ Tom Houlihan
*Special Counsel to the State of Ohio*
*Attorney General*